Laura E. Krank
Attorney at Law: 220208
211 East Ocean Boulevard, Suite 420 Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: Laura _rk.office@speakeasy.net

Attorneys for Plaintiff
MS. CYNTHIA TERRAZAS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA TERRAZAS,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security.<br><br>    Defendant. | Case No.: 1:10-cv-00113 SMS<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have a 18- day extension of time, to and including July 6, 2010, in which to deliver the settlement letter to the Defendant pursuant to paragraph 3 of the January 22, 2010, scheduling order.  The Defendant will provide Plaintiff with his response to the settlement letter by

///

///

///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

August 11, 2010.  The Plaintiff will file her Opening Brief by September 10, 2010.
All other deadlines set forth in the January 22, 2010, Case Management Order shall
be extended accordingly.

IT IS SO ORDERED

DATE:     July 21, 2010

  /s/ Sandra M. Snyder
THE HONORABLE SANDRA SNYDER
UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com