1   BENJAMIN B. WAGNER
    United States Attorney
2   LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
3   Social Security Administration
    BRENDA M. PULLIN
4   Special Assistant United States Attorney

5      333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8985
      Facsimile:  (415) 744-0134
7     E-Mail: Brenda.Pullin@ssa.gov

8   Attorneys for Defendant

9

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12                     **FRESNO DIVISION**

13

14   CYNTHIA TERRAZAS,        )
                           )      CIVIL NO. 1:10-CV-00113-SMS
15       Plaintiff,          )
                           )
16          v.            )      STIPULATION AND ORDER TO EXTEND
                           )      TIME TO RESPOND TO PLAINTIFF'S
17   MICHAEL J. ASTRUE,      )      OPENING BRIEF
    Commissioner of         )
    Social Security,         )
18                            )
19       Defendant.         )
    _____)

20

21

22        The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance

23   of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to

24   Plaintiff's opening brief, to allow for Defendant's further review of the case in light of the arguments for

25   remand presented in Plaintiff's brief.  Defendant's responsive brief is then due on November 29, 2010,

26   and the Court's Scheduling Order shall be modified accordingly.

27   //

28   //

1                                        Respectfully submitted,

2    Dated: November 4, 2010            */s/ Laura E. Krank*
                                         (As authorized via e-mail)
3                                        LAURA E. KRANK
                                         Attorney for Plaintiff
4

5    Dated: November 5, 2010            BENJAMIN B. WAGNER
                                         United States Attorney
6

7                                        */s/ Brenda M. Pullin*
                                         BRENDA M. PULLIN
8                                        Special Assistant U.S. Attorney

9

10
IT IS SO ORDERED.
11
     Dated:   November 9, 2010                    /s/ Sandra M. Snyder
12                                       UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28