| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>BRENDA M. PULLIN |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market Street, Suite 1500<br>San Francisco, California 94105 |
| 6 | Telephone: (415) 977-8985<br>Facsimile: (415) 744-0134 |
| 7 | E-Mail: Brenda.Pullin@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CYNTHIA TERRAZAS,           ) | CIVIL NO. 1:10-CV-00113-SMS |
| Plaintiff,            ) | |
| v.            ) | STIPULATION AND ORDER FOR SECOND<br>EXTENSION OF TIME TO RESPOND TO |
| MICHAEL J. ASTRUE,            ) | PLAINTIFF'S OPENING BRIEF |
| Commissioner of            ) | |
| Social Security,            ) | |
| Defendant.            ) | |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time, of 15 days, to respond to Plaintiff's opening brief, to allow for Defendant's further review of the case in light of the arguments for remand presented in Plaintiff's brief. Defendant's responsive brief is then due on December 14, 2010, and the Court's Scheduling Order shall be modified accordingly.

//

//

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: November 30, 2010 | /s/ Laura E. Krank |
|   |  | (As authorized via e-mail) |
| 3 |  | LAURA E. KRANK |
|   |  | Attorney for Plaintiff |

Dated: November 29, 2010        BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Brenda M. Pullin
                                BRENDA M. PULLIN
                                Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   December 1, 2010              /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE