# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA TERRAZAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:10-cv-00113-SMS<br><br>ORDER DENYING PLAINTIFF'S REQUEST<br>TO FILE APPEAL *IN FORMA PAUPERIS*<br><br>(Doc. 24) |

　　　Plaintiff has requested waiver of the filing fee for an appeal of the above-captioned case. Pursuant to F.R.A.P. 24(a), a party to a district court action who desires to appeal *in forma pauperis* must file a motion in the district court. With his or her motion, the party must attach an affidavit that (1) shows in the detail prescribed by Form 4[1] of the Appendix of Forms the party's inability to pay the filing fee or to give security for fees and cost; (2) claims an entitlement to redress; and (3) states the issues that the party intends to present on appeal. Plaintiff's request for *in forma pauperis* status fails to comply with the requirements of Rule 24 in that it fails to provide the detailed financial disclosure required by Form 4.

　　　Accordingly, the Court DENIES Plaintiff's request to proceed *in forma pauperis*.

///

---

[1] Form 4 is available in the appendix to the Federal Rules of Appellate Procedure and from the website of the United States Court of Appeals for the Ninth Circuit.

-1-

1. Plaintiff is hereby directed to submit within thirty (30) days of this order, either the full amount of the filing fee or a new motion to proceed *in forma pauperis* including Form 4 as an exhibit.

2. In the event that Plaintiff fails to pay the filing fee or to submit a new motion to proceed *in forma pauperis* within thirty (30) days of this order, this Court shall recommend dismissal of Plaintiff's appeal for failure to comply with a court order.

3. In compliance with F.R.A.P. 24(a)(4), the Clerk of Court is directed to notify the United States Court of Appeals for the Ninth Circuit of this order.

IT IS SO ORDERED.

Dated:   June 17, 2011           /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE